# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 25, 2010

No. 09-50741
Summary Calendar

Lyle W. Cayce
Clerk

TEXAS MUNICIPAL POLICE ASSOCIATION,

Plaintiff - Appellant

v.

DAVID A. REISMAN, in his official capacity as Executive Director of the
Texas Ethics Commission,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:08-CV-741

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM:[*]

This case is remanded to the district court for further proceedings to consider the Supreme Court's decision in *Citizens United v. Federal Election Commission*, ___ U.S. ___, 130 S.Ct. 876 (2010).

We do not retain jurisdiction.

REMANDED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.